UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: Robert S. Francis, Jr.
    Debtors                                   BK NO. 13-11971
                                               Chapter 13

## OBJECTION TO CLAIM OF RBS CITIZENS NA
## CLAIM NUMBER 8-1

Debtors object to the claim RBS Citizens, NA, claim number 8-1. As grounds, the Debtor modified his mortgage with Citizens and the remainder of the debt is capitalized in the modification.

                                                 Debtor,
                                                 By his attorney,

                                                 /s/ Robert B. Jacquard_____
                                                 Robert B. Jacquard, Esquire #6077
                                                 231 Reservoir Avenue
                                                 Providence, RI 02907
                                                 (401) 467-2300

## NOTICE OF TIME TO RESPOND/OBJECT

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006 if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you timely file such a response, you will be given thirty (30) days notice of the hearing date for this objection.