```
            UNITED STATES BANKRUPTCY COURT
          FOR THE DISTRICT OF RHODE ISLAND
```

In re:

    ROBERT S. FRANCIS, JR.          BK-13-11971
        Debtor(s)                       CHAPTER 13

## NOTICE OF FINAL CURE PAYMENT

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default for the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor: Citizens Bank, N.A.
Trustee Claim #: 8
Last 4 digits of any number used to identify
  the Debtor's account: 2517/ARREARAGE

Final Cure Amount:

    Amount of Allowed Pre-petition Arrearage: $20,599.98
    Amount Paid by Trustee:                   $20,599.98

Monthly Ongoing Mortgage Payment is Paid:

    __ Through the Chapter 13 Trustee conduit
    _x_ Directly by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Bankruptcy Code §1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: November 23, 2016     Respectfully submitted,


                              /s/John Boyajian
                              John Boyajian, Trustee
                              182 Waterman Street
                              Providence, RI 02906

```
                                        Tel:(401) 223-5550
                                        Fax:(401) 223-5548
```

CERTIFICATION

       I hereby certify that a copy of the within Notice was mailed, postage prepaid, to:

Mr. Robert S. Francis, Jr.
40 Holburn Avenue
Cranston, RI 02910

Citizens Bank
RBS Citizens, NA
1056 Telegraph Rd.
Glen Allen, VA 23059

and electronically mailed to:

Robert B. Jacquard, Esq. at bjacquard@gmail.com

on November 23, 2016.

                                         /s/ Martha Hunt