UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    ROBERT S. FRANCIS, JR.                    BK-13-11971
        Debtor(s)                               CHAPTER 13

## NOTICE OF CHAPTER 13 PLAN COMPLETION

     The Chapter 13 trustee hereby certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

     The debtor is not entitled to a discharge unless after filing a petition the debtor completes an instructional course concerning personal finance management as described in 11 U.S.C. §111.

                                             /s/John Boyajian
                                             John Boyajian
                                             Chapter 13 Trustee
                                             182 Waterman Street
                                             Providence, RI 02906
                                             Tel:(401)223-5550
                                             Fax:(401)223-5548

## CERTIFICATION

        I hereby certify that a copy of the within Notice was mailed, postage prepaid, to Robert S. Francis, Jr., 40 Holburn Avenue, Cranston, RI 02910, and electronically mailed to Robert B. Jacquard, Esq. at bjacquard@gmail.com and Office of the U.S. Trustee at ustpregion01.pr.ecf@usdoj.gov on November 23, 2016.

                                             /s/ Martha Hunt